**Order entered September 21, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00191-CV

**AUBREY THOEDE, IMPROPERLY NAMED AS AUBREY THOEDE D/B/A DIRT FREE CARPET, DIRT FREE CARPET & UPHOLSTERY CLEANING, INC. AND DFC INTERIOR SERVICES, INC., Appellants**

**V.**

**STEVE WORTHAM AND KARIN WORTHAM, Appellees**

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-01524-2014**

## ORDER

Before the Court is appellees' September 20, 2017 unopposed second motion to extend time to file brief. We **GRANT** the motion and **ORDER** the brief filed no later than October 6, 2017.

/s/     CRAIG STODDART
JUSTICE